**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 502 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 1818 EDA |
| | : | 2020 entered on October 20, 2021, |
| DANIEL RILEY, | : | **affirming** the PCRA Order of the |
| | : | Philadelphia County Court of |
| Petitioner | : | Common Pleas at No. CP-51-CR- |
| | : | 0006088-2012 entered on August |
| | | 28, 2020 |

## ORDER

**PER CURIAM**

AND NOW, this 19th day of April, 2022, the Petition for Allowance of Appeal is **GRANTED**. The judgment of the Superior Court is **VACATED,** and the matter is **REMANDED** for reconsideration in light of *Commonwealth v. Bradley*, 261 A.3d 381 (Pa. 2021).